# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LEIGHA LEAVELLE, MARISSA PENTA, and BRENDAN HALL, individual and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CLARK & SCHWENK RESTAURANT GROUP, INC., a Georgia Corporation, JONATHEN TODD SCHWENK, RICHARD HUGO CLARK, JR., and BRANDON KEOKE,<br><br>　　　　Defendants. | Civil Action No.<br>1:20-cv-00769-VMC |

## ORDER

Before the Court is the Parties' Joint Stipulation of Dismissal (Doc. 79) filed on September 12, 2022. The Court entered an order approving the Parties' FLSA Settlement on August 11, 2022. (Doc. 78).

Federal Rule of Civil Procedure 41(a)(1)(A) provides that a Plaintiff may voluntarily dismiss a civil action without a court order in two circumstances: (i) by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment;" or (ii) by filing "a stipulation of dismissal signed by all parties who have appeared."

Although both Plaintiffs' and Defendants' counsel signed the Stipulation of Dismissal, the Clerk of Court could not enter an order of dismissal because it was unclear whether all the Parties in this Action agreed to the stipulation.

However, because the Parties have put "the substance of [their] position" before the Court, and in the interest of "secur[ing] the just, speedy, and inexpensive determination of every action and proceeding," the Court will construe the Stipulation of Dismissal as a motion for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(2), which the Court will grant. *See Title Max v. Northington (In re Northington)*, 876 F.3d 1302, 1308 (11th Cir. 2017); Fed. R. Civ. P. 1. Accordingly, it is

**ORDERED** that the Parties' Stipulation of Dismissal (Doc. 79), **CONSTRUED** as a Motion for Voluntary Dismissal with Prejudice, is **GRANTED**. It is further

**ORDERED** that this civil action is **DISMISSED WITH PREJUDICE,** subject to the right of any party to object to dismissal within fourteen (14) days of the date of entry of this Order. If a party timely objects, the Court will set aside this Order and reopen the case. Should a party fail to object within that time, this case will stand as dismissed.

The Clerk is directed to close this case.

**SO ORDERED** this 29th day of September, 2022.

                                        Victoria Marie Calvert
                                        United States District Judge